### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ADAM BRANDT,                                    )
                                                )
        Plaintiff,                              )
                                                )
v.                                              )
                                                ) CIVIL ACTION
MARK OF EXCELLENCE CREATIVE                      ) NO. 1:12-CV02628-WSD
ENVIRONMENTS LLC and MARK REAVES,                )
                                                )
        Defendants.                             )
                                                )

*FILED IN CLERK'S OFFICE*
*U.S.D.C. Atlanta*

*MAR 0 1 2013*

*JAMES N. HATTEN, CLERK*
*By: _____ Deputy Clerk*

## CONSENT ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE

This case is before the Court for consideration of the Joint Motion to Approve Settlement and Stipulation to Dismiss Case [Doc. # 13]. After reviewing the entire record, the Court enters the following Order:

Having reviewed the Settlement Agreement, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's-length and is not the result of any collusion. Therefore, the Joint Motion to Approve Settlement [Doc. # 13] is hereby **GRANTED**, and the settlement of the parties is hereby **APPROVED.**

Consistent with the terms of the Agreement, Defendant MOE will tender all sums required by the Agreement within ten (10) days of the entry of this Order. As requested by Parties and pursuant to Federal Rule of Civil Procedure 41(a)(2), this

Action is **DISMISSED** with Prejudice.


This\_\_\_\_**1st**\_\_\_\_ day of \_\_**March**\_\_\_, 2013.


_____
The Honorable William S. Duffey, Jr.
United States District Judge


PRESENTED BY AND CONSENTED TO:


/s/ _Rachel M. Lazarus_
Rachel M. Lazarus
Georgia Bar No. 101069
Attorney for Adam Brandt
Gwinnett Legal Aid
180 Camden Hill Road, Suite A
Lawrenceville, GA 30046
(678) 514-4818
rmlazarus@atlantalegalaid.org

By: /s/ _J. Bertram Levy_
J. Bertram Levy
Georgia Bar No. 449609
Attorneys for Defendants
FINE AND BLOCK
2606 Mount Paran Road, Suite 106
Atlanta, Georgia 30329
(404) 261-6800
(404) 261-6960 (fax)
blevy@fineandblock.com